Lisa C. Hamasaki (SBN 197628)
 lch@millerlawgroup.com
James Y. Wu (SBN 213090)
 jyw@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant PACIFIC BELL TELEPHONE COMPANY

Timothy M. Muscat (SBN 148944)
Elizabeth Leavengood (SBN 179014)
DEPARTMENT OF FAIR EMPLOYMENT
 AND HOUSING
2218 Kausen Drive, Suite 100
Elk Grove, CA  95758-7115
Tel. (916) 478-7272
Fax (916) 478-7331

Attorneys for Plaintiff, DFEH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, an agency of the State of California,<br><br>            Plaintiff,<br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY, a California corporation doing business as AT&T California, and DOES ONE through TEN, inclusive,<br><br>            Defendants.<br><br>KIONEA DUNSON,<br><br>            Real Party In Interest. | Case No.: CV 09 2072 VRW<br><br>**STIPULATION REMANDING CASE TO STATE COURT; ORDER THEREON** |

Plaintiff Department of Fair Employment and Housing ("Plaintiff") and Defendant Pacific Bell Telephone Company ("Defendant"), through their respective undersigned counsel of record, hereby stipulate and agree as follows:

WHEREAS, On May 12, 2009, Defendant removed this matter from the Superior Court of the State of California, County of Sonoma (Case No. SCV 244780) to this Court based on federal question jurisdiction (28 U.S.C. § 1331); and

WHEREAS, after this matter was removed, the parties have met and conferred regarding the removal of this matter;

THEREFORE, it is agreed and stipulated that this case be remanded to the Superior Court of the State of California, County of Sonoma. The parties further stipulate and agree that Defendant has not waived any affirmative defenses concerning preemption by agreeing to remand this matter to the Superior Court and that no costs and/or attorneys' fees will be granted to either party related to the removal and remand of this matter.

Dated: June 8, 2009

DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

By: _____
    Elizabeth Leavengood
    Attorneys for Plaintiff DFEH

Dated: June 5, 2009

MILLER LAW GROUP
A Professional Corporation

By: /S/ Lisa C. Hamasaki
    Lisa C. Hamasaki
    Attorneys for Defendant PACIFIC BELL TELEPHONE COMPANY

Pursuant to General Order No. 45 section X, the filer attests that concurrence in the filing of this document has been obtained from counsel for Plaintiff Department of Fair Employment and Housing.

Dated:  June 5, 2009

MILLER LAW GROUP
A Professional Corporation

By:  /S/ Lisa C. Hamasaki
    Lisa C. Hamasaki
    Attorneys for Defendant PACIFIC BELL TELEPHONE COMPANY

1

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** This matter shall be remanded to the Superior Court of California, County of Sonoma. No costs and/or attorneys' fees will be awarded to either party. All further dates currently scheduled before this Court will be taken off calendar and the matter before this Court will be closed.

Dated: June 9, 2009



The Honorable Vaughn R Walker

IT IS SO ORDERED
Judge Vaughn R Walker

3
**STIPULATION REMANDING CASE TO STATE COURT; ORDER THEREON**
**Case No. CV 09 2072 VRW**