**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                        General Court Number
Clerk                                                                                              415.522.2000

June 15, 2009

Superior Court of the County of Sonoma

600 Administration Drive
Santa Rosa, CA 95403

RE:  CV 09-02072 VRW    DEPARTMENT OF FAIR EMPLOYMENT-v-PACIFIC BELL
TELEPHONE CO
          Your Case Number: (SCV 244780)
Dear Clerk,

          Pursuant to an order remanding the above captioned case to your court, transmitted

herewith are:

                    (X)      Certified copies of docket entries

                    (X)      Certified copies of Remand Order

                    ()        Other

          Please acknowledge receipt of the above documents on the attached copy of this letter.

                                                        Sincerely,

                                                        RICHARD W. WIEKING, Clerk

                                                        by:  Gwen Agid
                                                        Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg